IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE GSE ENVIRONMENTAL, INC., *et al.*, | : | Chapter 11 |
| Debtors. | : | Bankr. Case No. 14-11126 (MFW) |
| CHARLES A. SORRENTINO, | : | Adv. No. 16-50377 (MFW) |
| Appellant, | : | |
| v. | : | Civ. No. 16-616 (LPS) |
| GSE ENVIRONMENTAL, INC., *et al.*, | : | |
| Appellees. | : | |

**ORDER**

At Wilmington, this 15th day of November, 2017, for the reasons set forth in the accompanying Memorandum issued this same date;

IT IS HEREBY ORDERED that:

1. The Bankruptcy Court's decision, *GSE Envtl., Inc. v. Sorrentino (In re GSE Envtl., Inc.)*, 2016 WL 3963978 (Bankr. D. Del. July 18, 2016), is AFFIRMED.

2. The Clerk of the Court is directed to CLOSE Civ. No. 16-616 (LPS).

                                             HONORABLE LEONARD P. STARK
                                             UNITED STATES DISTRICT JUDGE